## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.: 1:14-cv-13672** |
| **v.** ) | |
| ) | |
| **CITIZENS BANK, N.A.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |
| ) | |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO
## F.R.C.P. 41(a)(1)(A)(i)

NOW COMES Plaintiff Federal Insurance Company and hereby dismisses the above

captioned action against Defendant Citizens Bank, N.A. without prejudice pursuant to Federal

Rules of Civil Procedure 41(a)(1)(A)(ii).


Respectfully submitted,

Federal Insurance Company,

By its attorney,

/s/ Marie Cheung-Truslow
Marie Cheung-Truslow (BBO # 558659)
Insurance Recovery Legal Associates, LLC
959 Concord Street, Suite 200
Framingham, MA 01701
T: 508.988.0340
F: 508.656.1901
MCheung-Truslow@isgfocus.com


Dated: February 26, 2015

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this stipulation filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent by email to counsel for non-registered participants on February 26, 2015.

 /s/ Marie Cheung-Truslow